

# Fourth Court of Appeals
## San Antonio, Texas

June 14, 2023

No. 04-23-00477-CR

Detrick **DEROVEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 1996-CR-3437A
Honorable Kristina Escalona, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is dismissed for want of jurisdiction.

It is so **ORDERED** on June 14, 2023.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of June, 2023.

_____
Michael A. Cruz, Clerk of Court